# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| **DUNN SOUTHEAST, INC.** § | |
| *d/b/a/ R.J. Griffin & Company* § | |
| § | |
| **V.** § | Case No. 1:09-CV-505 |
| § | |
| **INTERSTATE FIRE &** § | |
| **CASUALTY COMPANY** § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Referral Order entered on July 9, 2009. The court has received and considered the report of the United States magistrate judge, who recommends that the court dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 4(m). No objections have been filed.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

Final Judgment will be entered separately.

So **ORDERED** and **SIGNED** this **27** day of **July, 2010.**

_____
Ron Clark, United States District Judge